KUDUKIS ET AL., APPELLANTS, *v.* MASCINSKAS ET AL., APPELLEES.

[Cite as *Kudukis v. Mascinskas,*
102 Ohio St.3d 1212, 2004-Ohio-1758.]

(No. 2003–0871—Submitted March 16, 2004—Decided April 21, 2004.)

{¶ 1} This cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Paul W. Flowers Co., L.P.A., and Paul W. Flowers;  and Thomas J. Zaffiro, for appellants.

Michael P. Harvey Co., L.P.A., and Michael P. Harvey, for appellees.